**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

ELIZABETH A. O'CONNOR,                    *

                 *Plaintiff*,                    *

        v.                    *     No. 8:17-cv-03394-CBD

                     *

TIMOTHY K. CAMERON,                    *

                 *Defendant*.                    *

   *    *    *    *    *    *    *    *    *    *    *

**JOINT STATUS REPORT AND MOTION TO LIFT STAY**

The parties, by and through their undersigned attorneys, and pursuant to this Court's November 22, 2019 Order, provide the following status report and move to lift the stay of discovery and proceedings in this case, and state as follows:

1.      On November 22, 2019, pursuant to the parties' request, this Court issued a stay of these proceedings (ECF No. 48) and an order referring the parties to a settlement conference (ECF No. 49).

2.      On January 30, 2020, the parties attended a settlement conference before the Honorable Timothy J. Sullivan (ECF No. 50). The parties did not reach a settlement at the settlement conference. The parties have not determined yet whether to continue settlement discussions.

3.      Because the parties did not reach a settlement, the parties are requesting the stay be lifted so discovery can resume.

4.      The parties will confer with each other and within seven days propose a schedule to the Court for resuming discovery, resolving discovery disputes, and setting dates for the close of discovery and dispositive motions deadlines.

WHEREFORE, the parties respectfully request that this Honorable Court lift the stay on discovery and proceedings in this case.

Respectfully submitted,

_____/S/_____
Timothy P. Leahy, Bar No. 15084
Patricia Cleary, Bar No. 14217
Byrd & Byrd, LLC
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
(301) 464-7448 ext. 105
(301) 805-5178 (fax)
tleahy@byrdandbyrd.com
*Attorneys for Plaintiff Elizabeth O'Connor*

_____/S/_____
Brian Frosh, AG for Maryland
Carl N. Zacarias, Bar No. 28126
Kirstin Lustila, Bar No. 02103
Assistant Attorneys General
State Treasurer's Office
80 Calvert Street, 4th Floor
Annapolis, Maryland 21401
(410) 260-6139
(410) 974-5926 (fax)
czacarias@treasurer.state.md.us
*Attorneys for Defendant Timothy K. Cameron*