UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

## MEMORANDUM

TO:     Counsel of Record

RE:     Elizabeth O'Connor v. Timothy K. Cameron
        Case No. CBD-17-3394

DATE:   February 6, 2020

\* \* \* \* \* \* \* \* \*

Outlined below is my policy which must be followed prior to filing any motion related to a discovery dispute.

No discovery-related motion may be filed unless the moving party has attempted in good faith, but without success, to resolve the dispute and has requested a pre-motion conference with the Court to discuss the dispute informally. The procedure for requesting a pre-motion conference is as follows:

1. Counsel shall notify opposing counsel of their intent to contact my chambers to request a telephone conference at least 24 hours in advance of any request.

2. Counsel requesting such a conference shall check the availability of all counsel and contact my chambers with available dates and times.

3. After a telephone conference has been scheduled, chambers will provide a phone number, access code, and participant security code to connect to the call.

4. Counsel shall submit brief letters outlining their respective positions no later than 3:00 p.m. on the day prior to the telephone conference. The letters should not be more than 2 pages submitted via email to mdd_cbdchambers@mdd.uscourts.gov.

5. If the Court is of the opinion that the discussion should be on the record, the parties will be advised before the discussion begins.

If the conference fails to resolve the dispute, then upon approval of the Court, a motion may be filed. The Court will not consider ruling upon any discovery motion until the parties have met the requirements of Local Rule 104.7. The telephone conference with the Court will not be considered as satisfaction of the requirements of the Local Rule.

/s/
Charles B. Day
United States Magistrate Judge