# IN THE
# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELIZABETH O'CONNOR, | * |
| *Plaintiff*, | * |
| v. | * |
| | No. 8:17-cv-03394-CBD |
| | * |
| TIMOTHY K. CAMERON | |
| *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

The parties, by and through their undersigned attorneys, and pursuant to this Court's July 20, 2020 Order (ECF No. 60), provide the following status report, and state as follows:

1. On February 5, 2020, this Court lifted the stay of discovery following the parties' settlement conference before the Honorable Timothy J. Sullivan. (ECF No. 53)

2. In March 2020, the parties met and conferred regarding the outstanding discovery disputes.

3. The parties have engaged in additional written discovery and will continue to do so, consistent with the Court's COVID-19 Pandemic Procedures Order.

4. Because written discovery is still ongoing, the parties propose that they provide the Court with a schedule for conducting depositions, resolving any discovery disputes, and setting the dates for the close of discovery and dispositive motions deadlines.

5. The parties will provide that schedule to the Court by August 28, 2020.

2

                                    Respectfully submitted,

                                    BRIAN E. FROSH
                                  Attorney General of Maryland

| /s/ Timothy P. Leahy | /s/ Carl N. Zacarias |
|---|---|
| Timothy P. Leahy, Bar No. 15084 | Carl N. Zacarias, Bar No. 28126 |
| Patricia Cleary, Bar No. 14217 | Kirstin Lustila, Bar No. 02103 |
| Byrd & Byrd, LLC | Assistant Attorneys General |
| 14300 Gallant Fox Lane, Suite 120 | Office of the Attorney General |
| Bowie, Maryland 20715 | 80 Calvert Street, 4th Floor |
| (301) 464-7448 ext. 105 | Annapolis, Maryland 21401 |
| (301) 805-5178 (fax) | (410) 260-6139 |
| tleahy@byrdandbyrd.com | (410) 974-5926 (fax) |
| pcleary@byrdandbyrd.com | czacarias@treasurer.state.md.us |
| | klustila@treasurer.state.md.us |

*Attorneys for Plaintiff Elizabeth O'Connor*

*Attorneys for Defendant Timothy K. Cameron*

Dated: July 29, 2020