IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELIZABETH O'CONNOR, | * |
| *Plaintiff*, | * |
| v. | * |
| | No. 8:17-cv-03394-CBD |
| | * |
| TIMOTHY K. CAMERON | * |
| *Defendant*. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT PROPOSED SCHEDULE**

The parties, by and through their undersigned attorneys, and pursuant to this Court's July 29, 2020 Order (ECF No. 62), provide the following proposed scheduling order, and state as follows:

1. As the parties advised in their joint status report (ECF No. 61), written discovery in this case has proceeded, consistent with the Court's COVID-19 Pandemic Procedures Order.

2. Defendant has produced thousands of additional pages of discovery to the Plaintiff. Plaintiff has not yet determined whether all discovery requested has been provided and needs additional time to review the documents prior to conducting depositions.

3. Discovery is not yet complete, and certain deadlines in the Court's amended scheduling order (ECF No. 42) have passed.

4. The parties have conferred and have agreed on the following remaining deadlines:

January 15, 2021: Discovery deadline; submission of status report

January 29, 2021: Requests for admission

February 12, 2021: Dispositive pretrial motions deadline

WHEREFORE, the parties respectfully request that this Honorable Court amend the scheduling order. A proposed order is attached.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Timothy P. Leahy
Timothy P. Leahy, Bar No. 15084
Patricia Cleary, Bar No. 14217
Byrd & Byrd, LLC
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
(301) 464-7448 ext. 105
(301) 805-5178 (fax)
tleahy@byrdandbyrd.com
pcleary@byrdandbyrd.com

*Attorneys for Plaintiff Elizabeth O'Connor*

/s/ Carl N. Zacarias
Carl N. Zacarias, Bar No. 28126
Kirstin Lustila, Bar No. 02103
Assistant Attorneys General
Office of the Attorney General
80 Calvert Street, 4th Floor
Annapolis, Maryland 21401
(410) 260-6139
(410) 974-5926 (fax)
czacarias@treasurer.state.md.us
klustila@treasurer.state.md.us

*Attorneys for Defendant Timothy K. Cameron*

Dated: August 28, 2020

2