**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ELIZABETH O'CONNOR, | * |
| *Plaintiff*, | * |
| v. | * |
| | No. 8:17-cv-03394-CBD |
| | * |
| TIMOTHY K. CAMERON | |
| *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

The parties, by and through their undersigned attorneys, and pursuant to this Court's September 10, 2020 Order (ECF No. 64), provide the following status report, and state as follows:

1. On September 10, 2020, this Court approved the parties' motion for extension of time to complete discovery. (ECF No. 64.)

2. The parties agreed to submit a status report on or by January 15, 2021.

3. The parties have engaged in additional written discovery but have been unable to complete depositions due to the ongoing COVID-19 pandemic.

4. In addition, undersigned counsel for defendant will soon face a staffing shortage, as Kirstin Lustila, Assistant Attorney General, will be on parental leave for three months, beginning February 1, 2021.

5. The parties propose that discovery be extended to allow for the completion of depositions and have submitted contemporaneously with this filing a joint motion for extension of time to complete discovery.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

/s/ Timothy P. Leahy
Timothy P. Leahy, Bar No. 15084
Patricia Cleary, Bar No. 14217
Byrd & Byrd, LLC
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
(301) 464-7448 ext. 105
(301) 805-5178 (fax)
tleahy@byrdandbyrd.com
pcleary@byrdandbyrd.com

*Attorneys for Plaintiff Elizabeth O'Connor*

/s/ Carl N. Zacarias
Carl N. Zacarias, Bar No. 28126
Kirstin Lustila, Bar No. 02103
Assistant Attorneys General
Office of the Attorney General
80 Calvert Street, 4th Floor
Annapolis, Maryland 21401
(410) 260-6139
(410) 974-5926 (fax)
czacarias@treasurer.state.md.us
klustila@treasurer.state.md.us

*Attorneys for Defendant Timothy K. Cameron*

Dated: January 18, 2021

2