# IN THE
# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELIZABETH O'CONNOR, | * |
| *Plaintiff*, | * |
| v. | * |
| | No. 8:17-cv-03394-CBD |
| | * |
| TIMOTHY K. CAMERON | |
| *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO EXTEND DISCOVERY

The parties, by and through their undersigned attorneys, submit this Joint Motion to Extend Discovery, and state as follows:

1. As the parties advised in their joint status report (ECF No. 65), written discovery in this case has proceeded, consistent with the Court's COVID-19 Pandemic Procedures Order.

2. However, the parties have been unable to complete depositions due to the ongoing COVID-19 pandemic.

3. The parties have conferred and have agreed on the following deadlines:

    July 16, 2021: Discovery deadline; submission of status report

    July 30, 2021: Requests for admission

    August 13, 2021: Dispositive pretrial motions deadline

WHEREFORE, the parties respectfully request that this Honorable Court amend the scheduling order.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

| | |
|---|---|
| /s/ Timothy P. Leahy | /s/ Carl N. Zacarias |
| Timothy P. Leahy, Bar No. 15084 | Carl N. Zacarias, Bar No. 28126 |
| Patricia Cleary, Bar No. 14217 | Kirstin Lustila, Bar No. 02103 |
| Byrd & Byrd, LLC | Assistant Attorneys General |
| 14300 Gallant Fox Lane, Suite 120 | Office of the Attorney General |
| Bowie, Maryland 20715 | 80 Calvert Street, 4th Floor |
| (301) 464-7448 ext. 105 | Annapolis, Maryland 21401 |
| (301) 805-5178 (fax) | (410) 260-6139 |
| tleahy@byrdandbyrd.com | (410) 974-5926 (fax) |
| pcleary@byrdandbyrd.com | czacarias@treasurer.state.md.us |
| | klustila@treasurer.state.md.us |
| *Attorneys for Plaintiff Elizabeth O'Connor* | *Attorneys for Defendant Timothy K. Cameron* |

Dated: January 18, 2021